# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC d/b/a CLARKDIETRICH )<br>)<br>Plaintiff,                                    )<br>)<br>vs.                                                             )<br>)<br>ALLSTEEL & GYPSUM PRODUCTS, INC.     )<br>*et al.,*                                                    )<br>)<br>Defendants.                                   )<br>_____ ) | Case No. 2:14-cv-01319-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order (#40) filed on September 30, 2014. The Court approves of the proposed schedule, with the exception that only 25 depositions shall be permitted. Should the need arise for additional depositions after those are completed, the parties may petition the Court. Accordingly,

**IT IS HEREBY ORDERED** that the discovery plan (#40) is approved.

DATED this 2nd day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge