1  RESNICK & LOUIS, P.C.
   Mitchell J. Resnick, Esq., SBN: 12074
2  Roger W. Strassburg, Jr., SBN: 8682
3  Athanasia E. Dalacas, Esq. SBN: 9390
   mresnick@rlattorneys.com
4  rstrassburg@rlattorneys.com
   adalacas@rlattorneys.com
5  5940 S. Rainbow Blvd.
   Las Vegas, NV 89118
6  Telephone: (702) 997-3800
   Facsimile:  (702) 997-3800
7  *Attorneys for Custom Stud, Inc.*

8

9
                    UNITED STATES DISTRICT COURT
10
                         DISTRICT OF NEVADA
11

12
| CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC d/b/a CLARKDIETRICH, an Ohio limited liability company, | CASE NO.: 2:14-cv-01319-RFB-GWF |
|---|---|
| Plaintiff, | Judge: Richard F. Boulware, II |
| v. | Magistrate Judge: George Foley, Jr. |
| ALLSTEEL & GYPSUM PRODUCTS, INC., a Florida corporation; CONSOLIDATED FABRICATORS CORP., a California corporation; CRACO MANUFAACTURING, INC., a South Carolina corporation; CUSTOM STUD, INC., a Minnesota corporation, DESIGN SHAPES IN STEEL, INC., a California corporation; FRAMETEK STEEL PRODUCTS, INC., a California corporation; and UNITED METAL PRODUCTS, INC., a California corporation, | **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT CUSTOM STUD, INC.**<br><br>~~PROPOSED~~ ORDER |
| Defendants. | |

1

1  PLEASE TAKE NOTICE that, subject to approval by the Court, Defendant Custom Stud,
2  Inc. hereby substitutes Mitchell Resnick, Esq., State Bar Number 12074, Roger Strassburg, Esq.,
3  State Bar Number 8682, and Athanasia Dalacas, Esq., State Bar Number 9390, of the law firm of
4  Resnick & Louis P.C., as counsel of record in place and instead of Zachary Pyers, Esq., Gregory
5  Brunton, Esq., Daniel Hyzak, Esq. and Melvin Davis, Esq., of the law firm of Reminger Co.,
6  L.P.A., and Leland E. Backus, Esq., and James Conway, Esq., of the law firm Backus, Carranza
7  & Burden.

9  All pleadings, orders, and notices should henceforth be served upon the following
10 substituted counsel for Custom Stud, Inc.
11  Resnick & Louis, PC
12  5940 S. Rainbow Blvd.
13  Las Vegas, Nevada 89118
14  702-997-3800 (Telephone & Facsimile)

16 I consent to the above substitution.
17 Date: 5-5-2015
18  Marty Kiehm
    Custom Stud, Inc.

21 I consent to the above substitution.
    Date: 5-6-15                                            0079229
22
    Zachary Pyers, Esq.
23  Reminger CO., LPA

25 I consent to the above substitution.
26 Date: 5-6-15                                              #11789
    Leland Eugene Backus, Esq.
27  Backus Carranza & Burden

2

1
2  I consent to the above substitution.
3  Date: 5·6·15                                    _____ #9390
4                                                  Roger Strassburg, Esq.
                                                   Resnick & Louis, P.C.
5
6
7       The Substitution of Attorneys is hereby approved and so ORDERED.
8
9  Date: May 8, 2015                               _____
10                                                 GEORGE FOLEY, JR.
11                                                 United States Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT CUSTOM STUD, INC.** was served this 7th day of May, 2015, by:

[ ]  **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ]  **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[ ]  **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Resnick & Louis, P.C. of the document(s) listed above to the person(s) at the address(es) set forth below.

[X]  **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services.

## SERVICE LIST

Pat Lundvall
Kristen T. Gallagher
McDonald Carano Wilson LLP
2300 W. Sahara Ave., Ste. 1200
Las Vegas, NV  89102
*Attorneys for Plaintiff Clark Western Dietrich Building Systems, LLC d/b/a Clark Dietrich*

Jon Corey
Quinn Emanuel, et al.
777 6th Street NW, 11th Floor
Washington, D.C.  20001
*Attorneys for Plaintiff Clark Western Dietrich Building Systems, LLC d/b/a Clark Dietrich*

1

2  Dominic Surprenant
   Scott L. Watson
3  Valerie Lozano
   Quinn Emanuel, et al.
4  865 S. Figueroa St., 10th Floor
   Los Angeles, CA  90017
5  *Attorneys for Plaintiff Clark Western Dietrich*
6  *Building Systems, LLC d/b/a Clark Dietrich*

7

8  Matthew C. Blickensderfer
   Stephen R. Hernick
9  Frost Brown Todd LLC
10 3300 Great American Tower
   301 E. 4th Street
11 Cincinnati, Ohio  45202
12 *Attorneys for Plaintiff Clark Western Dietrich*
   *Building Systems, LLC d/b/a Clark Dietrich*
13

14

15 Anthony Cillo
   Barbara A. Scheib
16 Fridrkh V. Shrayber
   Cohen & Grigsby, PC
17 625 Liberty Avenue
   Pittsburgh, Pennsylvania  15222-3152
18 *Attorneys for Plaintiff Clark Western Dietrich*
   *Building Systems, LLC d/b/a Clark Dietrich*
19

20

21 Leland Eugene Backus
   Backus, Carranza & Burden
22 3050 S. Durango Drive.
23 Las Vegas, NV  89117
   P: 702.872.5555
24 F: 7028725545
   gbackus@backuslaw.com
25 *Attorneys for Defendants Allsteel &*
26 *Gypsum Products, Inc., Consolidated*
   *Fabricators Corp., Craco Manufacturing,*
27 *Inc., Design Shapes in Steel, Inc., and*
   *FrameTek Steel Products,*
28

5

1  | *Inc,.*
2  | Gregory D. Brunton
   | Zachary Pyers
3  | Reminger Co., LPA
   | 65 E. State Street, Ste. 400
4  | Columbus, Ohio  43215-4227
   | P: 614.228.1311
5  | F: 6142322410
6  | gbrunton@reminger.com
   | zpyers@reminger.com
7  | *Attorneys for Defendants Allsteel &*
   | *Gypsum Products, Inc., Consolidated*
8  | *Fabricators Corp., Craco Manufacturing,*
   | *Inc., Design Shapes in Steel, Inc., and*
9  | *FrameTek Steel Products, Inc.*
10
11
12 | Kathleen Bliss, Esq.
   | Jason Hicks, Esq.
13 | Lewis Brisbois Bisgaard & Smith, LLP
   | 6385 S. Rainbow Blvd.
14 | Las Vegas, NV  89118
   | P: 702.893.3383
15 | F: 702.893.3789
16 | Kathleen.bliss@lewisbrisbois.com
   | Jason.hicks@lewisbrisbois.com
17 | *Attorneys for Defendant United*
   | *Metal Products, Inc.*
18
19
20 | Todd Seelman, Esq.
   | John Cardinal Parks, Esq.
21 | Lewis Brisbois Bisgaard & Smith, LLP
   | 1700 Lincoln Street, Suite 4000
22 | Denver, Colorado 80203
   | P: 303.861.7760
23 | F: 303.861.7767
24 | Todd.seelman@lewisbrisbois.com
   | John.parks@lewisbrisbois.com
25 | *Attorneys for Defendant United*
   | *Metal Products, Inc.*
26
27
28

6

1
2  Craig J. Miriam, Esq.
   Gordon & Rees, LLP
3  3770 Howard Hughes Parkway, Suite 100
   Las Vegas, Nevada 89169
4  P: 702.577.9333
   F: 702.255.2858
5  cmariam@gordonrees.com
6  *Attorneys for Consolidated Fabricators Corporation*
7
8
                       /s/ Michelle Wade
9                          An Employee of Resnick & Louis, P.C.