# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLARKWESTERN DIETRICH BUILDING )
SYSTEMS LLC d/b/a CLARKDIETRICH )
                Plaintiff, )    Case No. 2:14-cv-01319-RFB-GWF
vs. )    **ORDER**
ALLSTEEL & GYPSUM PRODUCTS, INC. )
*et al.,* )
                Defendants. )

      This matter is before the Court on Defendant's Motion to Seal (#119), filed on May 29, 2015.

      Defendant Custom Stud, Inc. requests that Motion #116 be sealed, as they inadvertently included information that has been previously designated as "confidential" and is subject to the Court's Protective Order (#57). The Defendant represents that the Plaintiff informed the Defendant of the confidential nature of the graphic included in the motion, and that the Defendant has already withdrawn the Motion (*See* #117). The Defendant has sufficiently established good cause for the Motion to be sealed. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion to Seal (#119) is **granted**. Motion #116 will be sealed.

      **DATED** this 1st day of June, 2015.

                                                        _____
                                                       GEORGE FOLEY, JR.
                                                     United States Magistrate Judge