UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC d/b/a CLARKDIETRICH )<br>)<br>         Plaintiff,                                              )<br>)<br>vs.                                                                          )<br>)<br>ALLSTEEL & GYPSUM PRODUCTS, INC. )<br>*et al.,*                                                                 )<br>)<br>         Defendants.                                         )<br>_____)  | Case No. 2:14-cv-01319-RFB-GWF<br><br>**<u>ORDER</u>** |

      This matter is before the Court on Kathleen Bliss and Jason Hicks' Motion to be Removed from the Electronic Filing System (#139), filed on June 8, 2015.

      Kathleen Bliss and Jason Hicks, of the firm Lewis Brisbois Bisgaard & Smith, LLP, request to be removed from the Court's electronic filing system. They had represented United Metals in this matter, and United Metals was dismissed from the case with prejudice on June 1, 2015. Order on Stipulation (#124). Bliss and Hicks also request that co-counsel John C. Parks and Todd Seelman be excused from compliance with Special Order 109, which requires counsel to register with the electronic filing system. As Parks and Seelman also represented the now-dismissed United Metals, the non-compliance will be excused. Accordingly,

      **IT IS HEREBY ORDERED** that Kathleen Bliss and Jason Hicks' Motion to be Removed from the Electronic Filing System (#139) is **granted**.

      **DATED** this 10th day of June, 2015.

*/s/ George Foley Jr.*
_____
GEORGE FOLEY, JR.
United States Magistrate Judge