# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC d/b/a CLARKDIETRICH<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTEEL & GYPSUM PRODUCTS, INC. *et al.,*<br><br>Defendants. | Case No. 2:14-cv-01319-RFB-GWF<br>**Consolidated with:**<br>2:15-cv-00924-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Custom Stud, Inc.'s Motion to Modify and Extend Scheduling Order Dates (#118) filed May 28, 2015. The Court conducted a hearing on June 24, 2015. After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS ORDERED** the Defendant Custom Stud, Inc.'s Motion to Modify and Extend Scheduling Order Dates (#118) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete fact discovery: **March 31, 2016**
2. Last date to disclose experts and reports: **April 29, 2016**
3. Last date to disclose rebuttal experts and reports: **May 27, 2016**
4. Last date to complete expert discovery: **July 15, 2016**
5. Last date to file dispositive motions: **August 12, 2016**
6. Last date to file joint pretrial order: **October 10, 2016**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** that a discovery hearing is scheduled for **Tuesday, January 5, 2016 at 9:30 a.m.**

DATED this 24th day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge