PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

JON COREY (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
joncorey@quinnemanuel.com

DOMINIC SURPRENANT (admitted *pro hac vice*)
SCOTT L. WATSON (admitted *pro hac vice*)
VALERIE LOZANO (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
ds@quinnemanuel.com
scottwatson@quinnemanuel.com
valerielozano@quinnemanuel.com

*Additional Counsel Listed On Signature Page*

*Attorneys for plaintiff ClarkWestern Dietrich Buildings Systems, LLC d/b/a ClarkDietrich*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC d/b/a CLARKDIETRICH,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTEEL & GYPSUM PRODUCTS, INC. *et al.*,<br><br>Defendants. | Case No.: 2:14-cv-01319-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON CUSTOM STUD, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS (DKT. 172)**<br><br>(First Request) |

Plaintiff ClarkWestern Dietrich Building Systems LLC d/b/a ClarkDietrich ("ClarkDietrich") and Custom Stud, Inc. ("Custom Stud"), by and through their respective counsel, hereby stipulate and agree that the time for ClarkDietrich to file its response to Custom Stud's Motion for Partial Judgment on the Pleadings (Dkt. 172) ("Motion") filed on August 6, 2015 shall be extended from August 24, 2015 to September 8, 2015. The parties further agree that Custom Stud's reply in support of the Motion shall be due no later than September 25, 2015. ClarkDietrich respectfully requests a short extension to respond to the issues raised in the Motion and Custom Stud similarly requests additional time to file its reply. This is the parties' first request.

The undersigned represent this stipulation is not intended for purposes of delay.

DATED this 13th day of August, 2015.

| McDONALD CARANO WILSON LLP | RESNICK & LOUIS, P.C. |
|---|---|
| By: */s/ Kristen T. Gallagher*<br>Pat Lundvall (NSBN 3761)<br>Kristen T. Gallagher (NSBN 9561)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873.4100<br>Facsimile: (702) 873.9966<br>lundvall@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com<br><br>Jon Corey (admitted *pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>777 6th Street NW, 11th Floor<br>Washington, D.C. 20001<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>joncorey@quinnemanuel.com<br><br>Dominic Surprenant<br>Scott L. Watson<br>Valerie Lozano<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>ds@quinnemanuel.com<br>scottwatson@quinnemanuel.com<br>valerielozano@quinnemanuel.com<br>(admitted *pro hac vice*) | By: */s/Roger W. Strassburg*<br>Athanasia E. Dalacas<br>Roger W. Strassburg, Esq.<br>5940 S. Rainbow Boulevard<br>Las Vegas, Nevada 89118<br>Telephone: (702) 997-3800<br>Facsimile: (702) 997-3800<br>adalacas@rlattorneys.com<br>rstrassburg@rlattorneys.com<br><br>*Attorneys for Defendant Custom Stud, Inc.* |

Matthew C. Blickensderfer
Stephen R. Hernick
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6162
Facsimile: (513) 651-6981
mblickensderfer@fbtlaw.com
shernick@fbtlaw.com
(admitted *pro hac vice*)

Anthony Cillo
Barbara A. Scheib
Fridrikh V. Shrayber
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, Pennsylvania 15222-3152
Telephone: (412) 297-4974
Facsimile: (412) 209-0672
acillo@cohenlaw.com
bscheib@cohenlaw.com
fshrayber@cohenlaw.com
(admitted *pro hac vice*)

*Attorneys for plaintiff ClarkWestern Dietrich Buildings Systems, LLC d/b/a ClarkDietrich*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED: August 27, 2015.

340040