# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC d/b/a CLARKDIETRICH<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTEEL & GYPSUM PRODUCTS, INC. *et al.*,<br><br>Defendants. | Case No. 2:14-cv-01319-RFB-GWF<br>**Consolidated with:**<br>2:15-cv-00924-RFB-GWF<br><br><br><br>**ORDER** |

This matter is before the Court on a Discovery Status Hearing scheduled on January 22, 2016. After considering oral argument by counsel, and good cause appearing, the Court will grant a 30 day extension to the discovery plan and scheduling order. Accordingly,

**IT IS ORDERED** the following discovery plan and scheduling order dates shall apply:

1. Last date to complete fact discovery: **May 2, 2016**

2. Last date to disclose experts and reports: **May 31, 2016**

3. Last date to disclose rebuttal experts and reports: **June 27, 2016**

4. Last date to complete expert discovery: **August 15, 2016**

5. Last date to file dispositive motions: **September 12, 2016**

6. Last date to file joint pretrial order: **November 9, 2016**.

DATED this 22nd day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge